In the Matter of Carrow Care Corp., Respondent, v. Clinton R. Holmes et al., Constituting the Zoning Board of Appeals of the Town of Orchard Park, Appellants.—

572

Present — Goldman, P. J., Del Vecchio, Witmer and Moule, JJ.